UNITED STATES of America,
Plaintiff–Appellee

v.

Angel REYES–FIGUEROA,
Defendant–Appellant.

No. 08–40108
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 19, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

Angel Reyes–Figueroa (Reyes) pleaded guilty to unlawfully attempting to enter the United States after deportation. On appeal, Reyes challenges the district court's characterization of his prior Texas conviction of unauthorized use of a motor vehicle as an aggravated felony. Reyes concedes that this issue is foreclosed, but he nevertheless seeks to preserve it for Supreme Court review in light of the Supreme Court's decision in *Leocal v. Ash-*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

*croft,* 543 U.S. 1, 125 S.Ct. 377, 160 L.Ed.2d 271 (2004). As Reyes concedes, this issue is foreclosed. *See Brieva–Perez v. Gonzales,* 482 F.3d 356 (5th Cir.2007); *United States v. Galvan–Rodriguez,* 169 F.3d 217 (5th Cir.1999). Accordingly, Reyes's motion for summary disposition is GRANTED and the district court's judgment is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.